UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

THOMAS BROOK WRIGHT

Debtor

CASE NO. 04-75881-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| THOMAS BROOK WRIGHT<br>25136 AULAC NORTH<br>CHESTERFIELD, MI 48051-0000<br>SSN: XXX-XX-3564 | N/A | N/A | DEBTOR REFUND | 1267647 | 5/12/10 | $ 2.42 |

DATED: May 21, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      7467621
DETROIT, MICHIGAN 48231-1930

0475881 00000 07/14/14 1267647
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 05/12/2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1267647
Payee: CLERK OF US BANKRUPTCY COURT

| 0475881 | THOMAS BROOK WRIGHT | | | 2.42 | 0.00 | 2.42 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1267647
SunTrust Bank

FOR  THOMAS BROOK WRIGHT
BK 0475881  ACCT:
PRIN.   2.42  INT:   0.00

DATE May 12, 2010

AMOUNT **********2.42

PAY  **2.42**
Two And 42 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $2.42
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:  
THOMAS BROOK WRIGHT

CASE NO. 04-75881-TJT  
CHAPTER 13 PROCEEDINGS  
HON. THOMAS J. TUCKER

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

RICHARD F FELLRATH  
4056 MIDDLEBURY DR  
TROY, MI 48085-3620

**Last Known Address for Debtor:**

THOMAS BROOK WRIGHT  
25136 AULAC NORTH  
CHESTERFIELD, MI 48051

DATED: May 21, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100